# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gustavo Lourido-Vidal,  Civil No. 13-cv-0600 (PJS/TNL)

    Petitioner,

v.  **ORDER**

Scott P. Fisher,

    Respondent.

Gustavo Lourido-Vidal, Pro Se, Address Unknown, and

D. Gerald Wilhelm, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 23, 2014 (Docket No.11), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Petitioner's habeas petition is **DENIED AS MOOT.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  June 3, 2014                                                s/Patrick J. Schiltz
                                                                                  The Honorable Patrick J. Schiltz
                                                                                  United States District Court Judge
                                                                                  for the District of Minnesota